IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bk. No. 1:16-00319 MDF |
| KATHRYN A. DRYER-HUMPHRIES | : | |
| A/K/A KATHY HUMPHRIES A/K/A | : | Chapter No. 13 |
| KATHRYN HUMPHRIES A/K/A KATHRYN | : | |
| HUMPHRIES A/K/A KATHRYN DYER | : | |
| HUMPHRIES | | |

Debtor

NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for **DITECH FINANCIAL LLC** ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, with regards to the real property, located at 1815 REGINA ST, HARRISBURG, PA 17104 with the mortgage recorded on May 27, 2008 Instrument No. 20080019350 demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect to Debtor or the property on which Creditor holds a first mortgage lien.

August 16, 2016

/s/ Joseph A. Dessoye, Esquire
Joseph A. Dessoye, Esq., Id. No.200479
Phelan Hallinan Diamond & Jones, LLP
126 Locust Street
Harrisburg, PA 17101
Phone Number: 215-563-7000 Ext 31629
Fax Number: 215-568-7616

Email: joseph.dessoye@phelanhallinan.com