UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   KATHRYN A. DYER-HUMPHRIES      CHAPTER 13

      Debror(s)

FREDERICK L. REIGLE, ESQ.      CASE NO. 1-16-00319-MDF
CHAPTER 13 TRUSTEE
      Movant

vs.

KATHRYN A. DYER-HUMPHRIES      DOCKET # 40

## CERTIFICATION OF DEFAULT

AND NOW, on September 23, 2016, comes Frederick L. Reigle, Standing Chapter 13 Trustee, and certifies that Debtor(s) have not complied with the Order filed June 15, 2016.

WHEREFORE, the Trustee requests that the case be dismissed.

Respectfully Submitted,
*/s/Frederick L. Reigle*
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410
Phone: (610)779-1313

Dated: September 23, 2016

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: KATHRYN A. DYER-HUMPHRIES | CHAPTER 13 |
| Debror(s) | |
| FREDERICK L. REIGLE, ESQ.<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO. 1-16-00319-MDF |
| vs. | |
| KATHRYN A. DYER-HUMPHRIES | DOCKET # 40 |

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on September 23, 2016.

HENRY W VAN ECK ESQ.
METTE EVANS & WOODSIDE
3401 N FRONT STREET
HARRISBURG, PA 17110

KATHRYN A DYER-HUMPHRIES
101 BERRY MOUNTAIN ROAD
MILLERSBURG, PA 17061-1594

            Respectfully Submitted,
            */s/Frederick L.Reigle*
            Frederick L. Reigle, Esq.
            Standing Chapter 13 Trustee
            2901 St. Lawrence Avenue
            P. O. Box 4010
            Reading, PA 19606-0410
            Phone: (610) 779-1313

Dated: September 23, 2016