### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                   :
                                         :     CHAPTER 13
KATHRYN A. DYER-HUMPHRIES               :
                                         :     CASE NO.  1:16-00319 MDF
        Debtor                          :

### ELECTION TO CONVERT TO CHAPTER 7

Please convert the above case from a Chapter 13 proceeding to a case under Chapter 7 of the United States Bankruptcy Code.

                                Respectfully submitted,

                                METTE, EVANS & WOODSIDE

                                *s/ Henry W. Van Eck*
Date:  October 19, 2016    By: _____
                                Henry W. Van Eck, Esquire
                                3401 N. Front Street
                                Harrisburg, PA 17112
                                Telephone:  (717) 232-5000

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :    CHAPTER 13
KATHRYN A. DYER-HUMPHRIES           :
                                    :    CASE NO. 1:16-00319 MDF
         Debtor                     :

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, Kathryn A. Dyer-Humphries, the above named Debtor, hereby certify under penalty of perjury, that I have read the foregoing **ELECTION TO CONVERT CASE TO CHAPTER 7** and it is true and correct to the best of my knowledge, information, and belief.

Date:  October 19, 2016                       _Kathryn A. Dyer-Humphries_
                                               Kathryn A. Dyer-Humphries

998034v1