```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                 Case No. 16-00319-MDF
Kathryn A. Dyer-Humphries                                              Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman              Page 1 of 2              Date Rcvd: Oct 18, 2016
                              Form ID: pdf010              Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2016.
```
db             Kathryn A. Dyer-Humphries,    101 Berry Mountain Road,    Millersburg, PA  17061-1594
4745287       +Bank of America,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
4745289      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
4745291       +CBNA,   PO Box 6283,    Sioux Falls, SD 57117-6283
4745288       +Cap1/BonTon,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
4751258        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
4745292       +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
4745293       +Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
4745294       +Comenity Bank/BonTon,    3100 Easton Square Pl,    Columbus, OH 43219-6232
4799076       +DISCOVER BANK,    PRESSLER AND PRESSLER , LLP,    7 ENTIN RD.,    PARSIPPANY , NJ 07054-5020
4745295       +Department of Education,    11100 USA Pkwy,    Fishers, IN 46037-9203
4745297       +Edward J. McKee,    Stern & Eisenberg PC,    1581 Main St Suite 200,    Warrington, PA 18976-3400
4814934       +Federal National Mortgage Association,    PO Box 1047,    Hartford, CT 06143-1047
4745299       +John G. Humphries,    2201 North 14th Street,    Apartment A14,    Ponca City, OK 74601-1808
4745301       +Michael Ratchford Esq,    Abrahamsen Ratchford, PC,    409 Lackawanna Ave Suite 3C,
                Scranton, PA 18503-2059
4787456       +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
4786447        Navient Solutions, Inc. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
4745302       +Navient/Dept of Ed,    PO Box 9635,    Wilkes Barre, PA 18773-9635
4745303        Ocwen,   16661 Worthington Rd, Suite 100,    West Palm Beach, FL 33409
4745305       +RSHKCBNA,    PO Box 6283,    Sioux Falls, SD 57117-6283
4745304       +Ralph Gulko,    Pressler & Pressler,    600 W Germantown Pk, Suite 400,
                Plymouth Meeting, PA 19462-1046
4745306       +Seterus,    PO Box 1077,    Hartford, CT 06143-1077
4801341       +Seterus Inc.,    14523 SW Millikan Way, Suite 200,    Beaverton OR 97005-2352
4745307       +Sunoco/City,    PO Box 6000,    The Lakes, NV 89163-0001
4745309       +The Fineberg Company,    1 Washington St, Suite 400,    Wellesley Hills, MA 02481-1712
4782366       +U.S. Bank National Association,    Robertson, Anschutz & Schneid,    6409 Congress Ave, Suite 100,
                Boca Raton, FL 33487-2853
4813969       +U.S. Bank, N.A.,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                P.O. Box 24605,    West Palm Beach, FL 33416-4605
4745310       +USAA Savings Bank,    PO Box 47504,    San Antonio, TX 78265-7504
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4745296        E-mail/Text: mrdiscen@discover.com Oct 18 2016 19:22:11     Discover Fin Services,
                PO Box 15316,    Wilmington, DE 19850
4747629        E-mail/Text: mrdiscen@discover.com Oct 18 2016 19:22:11     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
4815030        E-mail/Text: bankruptcy.bnc@ditech.com Oct 18 2016 19:22:21     Ditech Financial LLC,
                F/K/A Green Tree Servicing LLC,    PO Box 6154,    Rapid City, SD  57709-6154
4745298        E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2016 19:20:11     Green Tree Servicing,
                332 Minnesota Street,    Suite 610,    Saint Paul, MN 55101
4745300       +E-mail/Text: unger@members1st.org Oct 18 2016 19:22:54     Members 1st,    5000 Louise Dr,
                Mechanicsburg, PA 17055-4899
4814598        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2016 19:19:38
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4750749        E-mail/Text: bnc-quantum@quantum3group.com Oct 18 2016 19:22:23
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
4745308       +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2016 19:20:11     SYNCB/Lowes,    PO Box 965005,
                Orlando, FL 32896-5005
4808380       +E-mail/Text: bncmail@w-legal.com Oct 18 2016 19:22:36     USAA SAVINGS BANK,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Federal National Mortgage Corporation
cr              U.S. Bank National Association
4745285         Name,Address1,Address2,Address3,City,State,Zip,    Kathryn A Dyer-Humphries,101 Berry Mount,
                 Henry W. Van Eck,Mette Evans and Woodsid,    Bank of America,1800 Tapo Canyon Rd,,,Si,
                 Cap1/BonTon,26525 N Riverwoods Blvd,,,Me,    Capital One,15000 Capital One Dr,,,Richm
4745290*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank USA,    15000 Capital One Dr,    Richmond, VA 23238)
                                                                                  TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2016 at the address(es) listed below:

```
              Ann E. Swartz    on behalf of Creditor   Federal National Mortgage Association ("Fannie Mae")
               ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor   Federal National Mortgage Association ("Fannie
               Mae") ecfmail@mwc-law.com
              Frederick L Reigle (Trustee)    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              Henry W Van Eck    on behalf of Debtor Kathryn A. Dyer-Humphries hwvaneck@mette.com,
               smramsey@mette.com
              Joseph Angelo Dessoye    on behalf of Creditor   Ditech Financial LLC pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor   JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                     TOTAL: 8
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| KATHRYN A. DYER-HUMPHRIES | : | |
| | : | CASE NO. 1:16-00319 MDF |
| Debtor | : | |

**ORDER REINSTATING CASE**

After a hearing on the Motion of the Debtor, Kathryn A. Dyer-Humphries, to Reinstate the above case, it is hereby:

ORDERED that the above case is reinstated for the limited purpose of converting the case to one under chapter 7.

By the Court,

*Mary D. France*
Bankruptcy Judge
(VK)

Dated: October 18, 2016