```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                        Case No. 16-00319-MDF
Kathryn A. Dyer-Humphries                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1       User: PRadginsk        Page 1 of 1        Date Rcvd: Oct 27, 2016
                          Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4815030        E-mail/Text: bankruptcy.bnc@ditech.com Oct 27 2016 18:50:13     Ditech Financial LLC,
         F/K/A Green Tree Servicing LLC,   PO Box 6154,   Rapid City, SD  57709-6154
                                                                                                                                    TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                      TOTAL: 0
Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2016 at the address(es) listed below:
        Ann E. Swartz   on behalf of Creditor   Federal National Mortgage Association ("Fannie Mae")
         ASwartz@mwc-law.com,   ecfmail@mwc-law.com
        Celine P DerKrikorian   on behalf of Creditor   Federal National Mortgage Association ("Fannie
         Mae") ecfmail@mwc-law.com
        Danielle Boyle-Ebersole   on behalf of Creditor   MTGLQ Investors, LP c/o Rushmore Loan
         Management Services debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
        Henry W Van Eck   on behalf of Debtor Kathryn A. Dyer-Humphries hwvaneck@mette.com,
         smramsey@mette.com
        Joseph Angelo Dessoye   on behalf of Creditor   Ditech Financial LLC pamb@fedphe.com
        Joshua I Goldman   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Joshua I Goldman   on behalf of Creditor   JPMorgan Chase Bank, National Association
         bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Leon P. Haller (Trustee)   lhaller@pkh.com,   lrynard@pkh.com;lhaller@ecf.epiqsystems.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                   TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:16-bk-00319-MDF
Chapter 7

In re: Debtor(s) (including Name and Address)

Kathryn A. Dyer-Humphries
101 Berry Mountain Road
Millersburg PA 17061-1594

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/26/2016.

Name and Address of Alleged Transferor(s):

Claim No. 14: Ditech Financial LLC, F/K/A Green Tree Servicing LLC, PO Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

MTGLQ Investors, LP
c/o Rushmore Loan Management Services
P.O. Box 52708, Irvine, CA 92619
MTGLQ Investors, LP
c/o Rushmore Loan Management Services
P.O. Box 52708, Irvine, CA 92619

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/29/16

Terrence S. Miller
**CLERK OF THE COURT**