```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 16-00319-MDF
Kathryn A. Dyer-Humphries                                         Chapter 7
      Debtor
```

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: REshelman            Page 1 of 1           Date Rcvd: Jan 13, 2017
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
db             Kathryn A. Dyer-Humphries,    101 Berry Mountain Road,    Millersburg, PA 17061-1594

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
              ##+JOHN G. HUMPHRIES,   1824 CHESTNUT STREET,   HARRISBURG, PA 17104-1229
                                                                          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Federal National Mortgage Association ("Fannie Mae")
               ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor   Federal National Mortgage Association ("Fannie
               Mae") ecfmail@mwc-law.com
              Danielle Boyle-Ebersole    on behalf of Creditor   MTGLQ Investors, LP c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Henry W Van Eck    on behalf of Debtor Kathryn A. Dyer-Humphries hwvaneck@mette.com,
               smramsey@mette.com
              Jeremy John Kobeski    on behalf of Creditor   U.S. BANK N.A.,IN ITS CAPACITY AS TRUSTEE FOR et
               al. pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor   U.S. BANK N.A.,IN ITS CAPACITY AS TRUSTEE FOR et al.
               pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor   Ditech Financial LLC pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor   JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leon P. Haller (Trustee)    lhaller@pkh.com, lrynard@pkh.com;lhaller@ecf.epiqsystems.com
              Thomas I Puleo    on behalf of Creditor   Ditech Financial LLC tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| KATHRYN A. DYER-HUMPHRIES A/K/A | : | BK. No. 1:16-00319 MDF |
| KATHY HUMPHRIES A/K/A KATHRYN | : | |
| HUMPHRIES | : | Chapter No. 07 |
| Debtors | : | |
| | : | |
| U.S. BANK N.A., IN ITS CAPACITY AS | : | |
| TRUSTEE FOR THE REGISTERED HOLDERS | : | |
| OF ASSET BACKED SECURITIES | : | 11 U.S.C. §362 |
| CORPORATION, HOME EQUITY LOAN | : | |
| TRUST 2004-HE6, ASSET BACKED PASS- | : | |
| THROUGH CERTIFICATES, SERIES 2004- | : | |
| HE6 | : | |
| Movant | : | |
| v. | : | |
| KATHRYN A. DYER-HUMPHRIES A/K/A | : | |
| KATHY HUMPHRIES A/K/A KATHRYN | : | |
| HUMPHRIES | : | |
| JOHN G. HUMPHRIES | : | |
| Respondents | : | |

ORDER GRANTING RELIEF FROM §362 AND §1301 AUTOMATIC STAY WITH RESPECT TO 1824 CHESTNUT STREET, HARRISBURG, PA 17104.

Upon consideration of Motion of **U.S. BANK N.A.,IN ITS CAPACITY AS TRUSTEE FOR THE REGISTERED HOLDERS OF ASSET BACKED SECURITIES CORPORATION, HOME EQUITY LOAN TRUST 2004-HE6, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-HE6** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 1824 CHESTNUT STREET, HARRISBURG, PA 17104(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **U.S. BANK N.A.,IN ITS CAPACITY AS TRUSTEE FOR THE REGISTERED HOLDERS OF ASSET BACKED SECURITIES CORPORATION, HOME EQUITY LOAN TRUST 2004-HE6, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-HE6** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

By the Court,

Dated: January 13, 2017

*Mary D. France*
Bankruptcy Judge
(JG)