```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                       Case No. 16-00319-MDF
Kathryn A. Dyer-Humphries                                                    Chapter 7
       Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-1           User: REshelman              Page 1 of 2              Date Rcvd: Feb 09, 2017
                               Form ID: 318                 Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.
db             Kathryn A. Dyer-Humphries,    101 Berry Mountain Road,    Millersburg, PA  17061-1594
4745291       +CBNA,   PO Box 6283,   Sioux Falls, SD 57117-6283
4745288       +Cap1/BonTon,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
4745293       +Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
4799076       +DISCOVER BANK,    PRESSLER AND PRESSLER , LLP,    7 ENTIN RD.,    PARSIPPANY , NJ 07054-5020
4745295       +Department of Education,    11100 USA Pkwy,    Fishers, IN 46037-9203
4745297       +Edward J. McKee,   Stern & Eisenberg PC,    1581 Main St Suite 200,    Warrington, PA 18976-3400
4814934       +Federal National Mortgage Association,    PO Box 1047,    Hartford, CT 06143-1047
4745299       +John G. Humphries,    2201 North 14th Street,    Apartment A14,    Ponca City, OK 74601-1808
4848715       +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,
                P.O. Box 52708, Irvine, CA 92619,    MTGLQ Investors, LP,
                c/o Rushmore Loan Management Services,    P.O. Box 52708, Irvine, CA 92619-2708
4848714        MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,
                P.O. Box 52708, Irvine, CA 92619
4745301       +Michael Ratchford Esq,    Abrahamsen Ratchford, PC,    409 Lackawanna Ave Suite 3C,
                Scranton, PA 18503-2059
4787456       +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
4786447        Navient Solutions, Inc. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
4745302       +Navient/Dept of Ed,    PO Box 9635,    Wilkes Barre, PA 18773-9635
4745303        Ocwen,   16661 Worthington Rd, Suite 100,    West Palm Beach, FL 33409
4745305       +RSHKCBNA,   PO Box 6283,    Sioux Falls, SD 57117-6283
4745304       +Ralph Gulko,   Pressler & Pressler,    600 W Germantown Pk, Suite 400,
                Plymouth Meeting, PA 19462-1046
4745306       +Seterus,   PO Box 1077,    Hartford, CT 06143-1077
4801341       +Seterus Inc.,   14523 SW Millikan Way, Suite 200,    Beaverton OR 97005-2352
4745309       +The Fineberg Company,    1 Washington St, Suite 400,    Wellesley Hills, MA 02481-1712
4782366       +U.S. Bank National Association,    Robertson, Anschutz & Schneid,   6409 Congress Ave, Suite 100,
                Boca Raton, FL 33487-2853
4813969       +U.S. Bank, N.A.,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                P.O. Box 24605,    West Palm Beach, FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4745287       +EDI: BANKAMER.COM Feb 09 2017 18:43:00     Bank of America,   1800 Tapo Canyon Rd,
                Simi Valley, CA 93063-6712
4745289        EDI: CAPITALONE.COM Feb 09 2017 18:43:00     Capital One,   15000 Capital One Dr,
                Richmond, VA 23238
4745290        EDI: CAPITALONE.COM Feb 09 2017 18:43:00     Capital One Bank USA,   15000 Capital One Dr,
                Richmond, VA 23238
4751258        EDI: CAPITALONE.COM Feb 09 2017 18:43:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
4745292       +EDI: CHASE.COM Feb 09 2017 18:53:00     Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
4745294       +EDI: WFNNB.COM Feb 09 2017 18:43:00     Comenity Bank/BonTon,   3100 Easton Square Pl,
                Columbus, OH 43219-6232
4745296        EDI: DISCOVER.COM Feb 09 2017 18:43:00     Discover Fin Services,    PO Box 15316,
                Wilmington, DE 19850
4747629        EDI: DISCOVER.COM Feb 09 2017 18:43:00     Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH 43054-3025
4815030        E-mail/Text: bankruptcy.bnc@ditech.com Feb 09 2017 18:43:56      Ditech Financial LLC,
                F/K/A Green Tree Servicing LLC,    PO Box 6154,    Rapid City, SD  57709-6154
4745298        EDI: RMSC.COM Feb 09 2017 18:43:00     Green Tree Servicing,    332 Minnesota Street,
                Suite 610,    Saint Paul, MN 55101
4745300       +E-mail/Text: unger@members1st.org Feb 09 2017 18:44:26      Members 1st,    5000 Louise Dr,
                Mechanicsburg, PA 17055-4899
4814598        EDI: PRA.COM Feb 09 2017 18:43:00     Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
4750749        EDI: Q3G.COM Feb 09 2017 18:43:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,    Kirkland, WA  98083-0788
4745308       +EDI: RMSC.COM Feb 09 2017 18:43:00     SYNCB/Lowes,   PO Box 965005,    Orlando, FL 32896-5005
4745307       +EDI: CITICORP.COM Feb 09 2017 18:43:00     Sunoco/City,   PO Box 6000,
                The Lakes, NV 89163-0001
4808380       +E-mail/Text: bncmail@w-legal.com Feb 09 2017 18:44:11      USAA SAVINGS BANK,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4745310       +EDI: USAA.COM Feb 09 2017 18:43:00     USAA Savings Bank,   PO Box 47504,
                San Antonio, TX 78265-7504
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Federal National Mortgage Corporation
cr              U.S. Bank National Association
4745285         Name,Address1,Address2,Address3,City,State,Zip,    Kathryn A Dyer-Humphries,101 Berry Mount,
                Henry W. Van Eck,Mette Evans and Woodsid,   Bank of America,1800 Tapo Canyon Rd,,,Si,
                Cap1/BonTon,26525 N Riverwoods Blvd,,,Me,   Capital One,15000 Capital One Dr,,,Richm
                                                                                 TOTALS: 3, * 0, ## 0
```

Case 1:16-bk-00319-MDF    Doc 71    Filed 02/11/17    Entered 02/12/17 00:39:26    Desc
                        Imaged Certificate of Notice    Page 1 of 4

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2017 at the address(es) listed below:

```
          Ann E. Swartz    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
           ASwartz@mwc-law.com,    ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    Federal National Mortgage Association ("Fannie
           Mae") ecfmail@mwc-law.com
          Danielle Boyle-Ebersole    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
           Management Services debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
          Henry W Van Eck    on behalf of Debtor Kathryn A. Dyer-Humphries hwvaneck@mette.com,
           smramsey@mette.com
          Jeremy John Kobeski    on behalf of Creditor    U.S. BANK N.A.,IN ITS CAPACITY AS TRUSTEE FOR et
           al. pamb@fedphe.com
          Jerome B Blank    on behalf of Creditor    U.S. BANK N.A.,IN ITS CAPACITY AS TRUSTEE FOR et al.
           pamb@fedphe.com
          Joseph Angelo Dessoye    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
          Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Leon P. Haller (Trustee)    lhaller@pkh.com,    lrynard@pkh.com;lhaller@ecf.epiqsystems.com
          Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kathryn A. Dyer–Humphries** | Social Security number or ITIN  xxx–xx–2539 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **1:16–bk–00319–MDF** | | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  Kathryn A. Dyer–Humphries
  aka Kathy Humphries, aka Kathryn Humphries

**By the court:**  *Mary D. France*

February 9, 2017

  Honorable Mary D. France
  United States Bankruptcy Judge

  By: REshelman, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318            **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**