```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 16-00319-MDF
Kathryn A. Dyer-Humphries                                       Chapter 7
        Debtor                CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman        Page 1 of 1         Date Rcvd: Feb 09, 2017
                              Form ID: fnldec        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.
db            Kathryn A. Dyer-Humphries,   101 Berry Mountain Road,   Millersburg, PA  17061-1594

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
               ASwartz@mwc-law.com,   ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Federal National Mortgage Association ("Fannie
               Mae") ecfmail@mwc-law.com
              Danielle Boyle-Ebersole    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
              Henry W Van Eck    on behalf of Debtor Kathryn A. Dyer-Humphries hwvaneck@mette.com,
               smramsey@mette.com
              Jeremy John Kobeski    on behalf of Creditor    U.S. BANK N.A.,IN ITS CAPACITY AS TRUSTEE FOR et
               al. pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    U.S. BANK N.A.,IN ITS CAPACITY AS TRUSTEE FOR et al.
               pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leon P. Haller (Trustee)    lhaller@pkh.com,   lrynard@pkh.com;lhaller@ecf.epiqsystems.com
              Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Kathryn A. Dyer−Humphries<br>aka Kathy Humphries, aka Kathryn Humphries<br>101 Berry Mountain Road<br>Millersburg, PA 17061−1594 | Chapter 7<br>Case No. 1:16−bk−00319−MDF |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−2539

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Leon P. Haller (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: February 9, 2017

By the Court,

*Mary D. France*

Honorable Mary D. France
United States Bankruptcy Judge
By: REshelman, Deputy Clerk